**STATE of Missouri, Respondent,**

**v.**

**Steve D. MOXLEY, Appellant.**

**WD 77563**

Missouri Court of Appeals,
Western District.

ORDER FILED: April 28, 2015

Evan J. Buchheim, Jefferson City, MO, for respondent.

Amy M. Bartholow, Columbia, MO, for appellant.

Before Division Three: Mark D. Pfeiffer, Presiding Judge, Gary D. Witt, Judge and Anthony Rex Gabbert, Judge

## ORDER

Per curiam:

Steve Moxley was convicted by a Boone County jury of driving while under the influence in violation of section 577.010.1. After finding him to be an aggravated offender, the court sentenced him to four years' imprisonment. § 577.023.4. In his sole point on appeal, Moxley challenges the sufficiency of the evidence to convict him. We affirm. A memorandum explaining our decision has been provided to the parties. Rule 30.25(b).